In the Matter of WILLIAM J. BAKER, an attorney at law.

Argued October 31 and November 7, 1955, and February 6, 1956.

For the order: *Mr. James A. Major.*

For the respondent: *Mr. William J. Baker, in propria persona.*

February 20, 1956. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 20 *N. J.* 558.

In the Matter of JOHN A. GORDON, an attorney at law.

Argued January 3, 1956.

For the order: *Mr. Charles W. Broadhurst.*

January 3, 1956. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 20 *N. J.* 318.